IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-405-GCM

**DEANA FRIDAY,** *et al,*
        **Plaintiffs,**
    **v.**
                                     ORDER

**THE REMI GROUP, LLC,** *et al,*
        **Defendants.**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jason T. Brown,** filed August 7, 2014 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Brown is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Orthopedic Medical Channels, LLC.

**IT IS SO ORDERED.**

Signed: August 8, 2014

Graham C. Mullen
United States District Judge